In the Matter of JACK VIGLIOTTI, Appellant, v STATE OF NEW YORK EXECUTIVE DIVISION OF PAROLE, Respondent.

Submitted December 24, 2012; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that the issue presented has become moot. Motion for poor person relief dismissed as academic.

Judge RIVERA taking no part.

---

In the Matter of VILLAGE OF CHESTNUT RIDGE et al., Appellants, et al., Petitioners, v TOWN OF RAMAPO et al., Respondents.

Submitted December 3, 2012; decided February 12, 2013

Motion, insofar as it seeks leave to appeal against Mosdos Chofetz Chaim, Inc., dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action/proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge RIVERA taking no part.

---

WOMEN'S INTERART CENTER, INC., Plaintiff, v NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION et al., Defendants.

WOMEN'S INTERART CENTER, INC., Appellant, v CLINTON HOUS- ING DEVELOPMENT FUND CORP., Respondent, and CITY OF NEW YORK, Intervenor-Respondent.

Submitted December 3, 2012; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.